U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

OCT 2 7 2015

TONY R. MOORE, CLERK
BY _____ MB _____
         DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| CAMERON EVANS | DOCKET NO.:1:14-cv-02255 |
| VERSUS | JUDGE DEE D. DRELL |
| VIDALIA DOCK & STORAGE COMPANY | MAGISTRATE JUDGE JAMES D. KIRK |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absesnce of objections thereto, and having determined that the findings and recommendations are correct under the applicable law;

**IT IS ORDERED** that the motion to dismiss (Doc. 27) is **DENIED**.

**THUS DONE AND SIGNED** in chambers at Alexandria, Louisiana on this 26th day of October, 2015.

DEE D. DRELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT