UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

CAMERON EVANS　　　　　　　　　　　　DOCKET NO.:1:14-cv-02255

VERSUS

　　　　　　　　　　　　　　　　　　　JUDGE DEE D. DRELL
VIDALIA DOCK & STORAGE COMPANY　　　MAGISTRATE JUDGE JAMES D. KIRK

### J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after independent (*de novo*) review of the record including the objections filed herein, and having determined that the findings and recommendations are correct under the applicable law;

**IT IS ORDERED** that Oakley's motion to dismiss (Doc. 22) is **GRANTED** and the claim for unseaworthiness is dismissed with prejudice.

**THUS DONE AND SIGNED** in chambers at Alexandria, Louisiana on this 27th day of October, 2015.

　　　　　　　　　　　　　　　　　　　DEE D. DRELL, CHIEF JUDGE
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT